**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:                                                                                        CASE NO. 23-17248-LMI
                                                                                              CHAPTER 13

Maria D Travieso

<u>Debtor.                                       /</u>

**MOTION TO MODIFY PLAN**

      **COMES NOW**, the Debtor, Maria D Travieso, and by and through the undersigned attorney files this Motion to Modify Plan and states as follows:

1) The Debtor filed a petition for Chapter 13 bankruptcy on September 08, 2023.

2) The Debtor's Chapter 13 plan was confirmed on March 14, 2024 and is in month 10.

3) The Debtor is seeking to modify the plan to increase payments to unsecured creditors using the proceeds of two legal settlements totaling $7,824.19.

      **WHEREFORE**, the Debtor, Maria D Travieso, respectfully requests this Motion to Modify Plan be GRANTED.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court set forth in Local Rule 2090-1 (A).

                                    *Respectfully submitted,*

                                    Law Offices of Patrick L. Cordero, P.A.
                                    Attorney for Debtor
                                    7333 Coral Way
                                    Miami, Florida 33155
                                    Tel: (305) 445-4855

                                    <u>/s/ (FILED  ECF)                        </u>
                                    Miriam Marenco, Esq.
                                    FL Bar No. 86115