**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:
MARIA D. TRAVIESO                                              CASE NO. 23-17248-LMI
                                                               **CHAPTER 13**

_____**Debtor /**

## MOTION TO APPROVE PERSONAL INJURY SETTLEMENT AND AUTHORIZE DISBURSEMENT TO TRUSTEE

COMES NOW, the Debtor, Maria D. Travieso, by and through the undersigned counsel and file this Motion to Approve Personal Injury Settlement and Authorize Disbursement to Trustee, and as grounds thereof state as follows:

1. On September 8, 2023, Debtor filed for Chapter 13 bankruptcy relief.
2. The Debtor's Bankruptcy Case was confirmed on March 5, 2024.
3. On March 7, 2023 the Debtor, Maria D. Travieso, was in involved in an accident.
4. As a result of accident, Debtor filed a personal injury lawsuit.
5. The Debtor's personal injury attorney has issued a settlement in the amount of $7,864.19 to which the Debtor is entitled. The proceeds from said settlement in which debtor is entitled to, are to be disbursed to the Trustee Nancy K. Neidich.
6. The Debtor's personal injury attorney is requiring a court order granting distribution to trustee of said funds.
7. Settlement Agreement and Release is attached hereto as Exhibit "A". A copy of the settlement checks is attached hereto as Exhibit "B".

WHEREFORE, Debtor, Maria D. Travieso, respectfully request that this Court grants this Motion to Approve Personal Injury Settlement and Authorize Disbursement Trustee and for any such other and further relief as this Court may deem just and equitable under the circumstances.

Respectfully submitted,

**Law Offices of Patrick L Cordero, Esq**
Attorney for Debtor(s).
7333 Coral Way
Miami, Florida 33155
Tel: (305) 445-4855

By:    /s/ (FILED ECF)
Patrick L. Cordero, Esq., FBN 801992