**WARD LAW GROUP, PL.**

# CLOSING SETTLEMENT STATEMENT
## *CONFIDENTIAL AND PRIVILEGED*

**RE:** Maria D Travieso
Matter Number: MAT-23030831505

**DATE OF LOSS:** 03/07/2023

**INCIDENT LOCATION:** FL Florida

**OFFICE:** Miami

| | |
|---|---:|
| **MVA - BI SETTLEMENT FROM Broadspire Services** | $10,000.00 |
| **ATTORNEY'S FEE (33.3333%)** | ($3,333.33) |
| **BALANCE:** | $6,666.67 |

**MEDICAL BILLS:**

| | |
|---|---:|
| TOTAL BILLED <u>BEFORE</u> PIP/HEALTH INSURANCE PAYMENTS: | $18,468.00 |
| TOTAL MEDICAL BILLS <u>BEFORE</u> NEGOTIATIONS: | $8,222.91 |

| | |
|---|---:|
| The Rawlings Company<br>Account No. 136442847<br>*(Total billed $0.00)*<br>*(Negotiated from $0.00)* | $0.00 |
| FAITH MEDICAL GROUP INC<br>Account No. TRAMA000<br>*(Total billed $14,860.00)*<br>*(Negotiated from $6,479.67)* | $0.00 |

MAT-23030831505

Form 71 rev. 18

Miami — 6625 Miami Lakes Dr. E., Suite 100, Miami Lakes, FL 33014, Tel: 305.209.0613, Fax: 954.252.3975
Orlando — 1007 W Emmett Street, Kissimmee, FL 34741, Tel: 407.986.0613, Fax: 954.252.3975
New York — 535 Fifth Ave., Suite 910, New York, NY 10017, Tel: 305.209.0613, Fax: 954.252.3975

APPROVED ljimenez, 8/9/2024, 4:47:41 PM

**WARD LAW GROUP, PL**

| | |
|---|---:|
| Best American Diagnostic Center<br>Account No. TRAVMA00<br>*(Total billed $3,150.00)*<br>*(Negotiated from $1,743.24)* | $200.00 |
| Advanced Orthopedics - Hollywood<br>Account No. TRAVMAR<br>*(Total billed $458.00)*<br>*(Negotiated from $0.00)* | $0.00 |
| **TOTAL REDUCED MEDICAL BILLS:** | **$200.00** |

**WLG ADVANCED CASE COSTS:**

| | |
|---|---:|
| ADD123<br>*(Expense Amt: $1.81)*<br>*(Reduction Amt $0.00)* | $1.81 |
| ADD123<br>*(Expense Amt: $3.42)*<br>*(Reduction Amt $0.00)* | $3.42 |
| FLHSMV<br>*(Expense Amt: $12.00)*<br>*(Reduction Amt $0.00)* | $12.00 |
| Medical Records and Billing Summaries (ASK Solutions LLC)<br>*(Expense Amt: $25.00)*<br>*(Reduction Amt $0.00)* | $25.00 |
| Medical Records and Billing Summaries (Outsource Access)<br>*(Expense Amt: $60.00)*<br>*(Reduction Amt $0.00)* | $60.00 |

MAT-23030831505                                                                                                   Form 71 rev. 18

Miami — 6625 Miami Lakes Dr. E., Suite 100, Miami Lakes, FL 33014, Tel: 305.209.0613, Fax: 954.252.3975
Orlando — 1007 W Emmett Street, Kissimmee, FL 34741, Tel: 407.986.0613, Fax: 954.252.3975
New York — 535 Fifth Ave., Suite 910, New York, NY 10017, Tel: 305.209.0613, Fax: 954.252.3975



| | |
|---|---:|
| Postage/Federal Express Delivery<br>*(Expense Amt: $5.68)*<br>*(Reduction Amt $0.00)* | $5.68 |
| Electronic Signature Services<br>*(Expense Amt: $1.24)*<br>*(Reduction Amt $0.00)* | $1.24 |
| **TOTAL ADVANCED CASE COSTS:** | **$ 109.15** |

**HUNDREDFOLD INVEST, LLC ADVANCED CASE COSTS:**

| | |
|---|---:|
| Hundredfold Invest, LLC - Investigator Fee<br>*(Expense Amt: $ 350.00)*<br>*(Reduction Amt: $190.00)* | $160.00 |
| **TOTAL ADVANCED CASE COSTS:** | **$160.00** |

MAT-23030831505                                                                                                                      Form 71 rev. 18

**Miami** — 6625 Miami Lakes Dr. E., Suite 100, Miami Lakes, FL 33014  Tel: 305.209.0613  Fax: 954.252.3975
**Orlando** — 1007 W Emmett Street, Kissimmee, FL 34741  Tel: 407.986.0613  Fax: 954.252.3975
**New York** — 535 Fifth Ave., Suite 910, New York, NY 10017  Tel: 305.209.0613  Fax: 954.252.3975



| | |
|---|---|
| **TOTAL NET SETTLEMENT TO CLIENT:** | <u>**$6,197.52**</u> |



SIGNATURE

| María D Travieso | | 08/16/2024 |
|---|---|---|
| PRINT NAME | RELATIONSHIP, if other than self | DATE |

***The Ward Law Group, P.L. will disburse all provider payments listed on this Closing Statement for the purpose of satisfying all known (listed) medical bills and/or health liens associated with this case. In the event that outstanding accounts or liens are received, or notified of, after the case closing date, and were not listed on this document will no longer be the Firm's responsibility. The Ward Law Group, P.L., as well as all partner attorneys and individual employees, are hereby discharged of any responsibility towards due payments which the Firm was not notified of prior to the case closing date. Client(s) agree(s) and understand(s) that this medical provider list is all inclusive, and to the best of the Firm's knowledge, which was obtained after conducting due diligence research. Any and all outstanding balances not included here will be the client's sole responsibility.

CLIENT INITIAL

***La Firma de abogados de Ward Law Group, P.L. emitirá pagos a aquellos proveedores médicos incluidos en el presente Estado de Cuentas con el propósito de satisfacer todas las cuentas por pagar de estos proveedores médicos y/o satisfacer los gravámenes/derechos de subrogación de las aseguradoras medicas devengados en el caso. Aquellos saldos/cuentas pendientes por parte de proveedores médicos o aquellas cantidades por concepto de gravámenes/derechos de subrogación de las aseguradoras medicas que no hayan sido notificados o que sean recibidas en la Firma pasada la fecha del cierre del caso y que no hayan sido incluidos en este Estado de Cuentas no son responsabilidad de la Firma. La Firma de abogados de Ward Law Group, P.L. así como sus socios y empleados están exonerados de toda responsabilidad por aquellas cuentas pendientes que no hayan sido notificadas antes del cierre del caso. El/los clientes(s) reconocen y están de acuerdo que la lista de proveedores médicos en este documento es final e incluye todos aquellos proveedores médicos de los cuales la firma tenía conocimiento después de haber realizado una búsqueda diligente. Todas aquellas cuentas pendientes que no están incluidas en este Estado de Cuenta son la responsabilidad del cliente/los clientes.

ns

MAT-23030831505                                                                          Form 71 rev. 18

| Miami | 6625 Miami Lakes Dr. E., Suite 100<br>Miami Lakes, FL 33014<br>Tel: 305.209.0613<br>Fax: 954.252.3975 | **Orlando** | 1007 W Emmett Street<br>Kissimmee, FL 34741<br>Tel: 407.986.0613<br>Fax: 954.252.3975 | **New York** | 535 Fifth Ave., Suite 910<br>New York, NY 10017<br>Tel: 305.209.0613<br>Fax: 954.252.3975 |

**Broadspire**

Claim No: 190032130-001
Adj: Elizabeth Q Jones

## RELEASE OF ALL CLAIMS

FOR AND IN CONSIDERATION OF the payment to MARIA D TRAVIESO (individually or collectively hereinafter named Releasor), of the sum of Twelve Thousand Five Hundred Dollars ($12,500), and other good and valuable consideration, I/we, being of lawful age, have released and discharged, and by these presents do for myself/ourselves, my/our heirs, executors, administrators and assigns, release, acquit and forever discharge SIXT RENT-A-CAR, EMPIRE FIRE AND MARINE INSURANCE COMPANY, and any and all other persons, firms, employees, affiliates, parent companies, subsidiaries, insurance carriers, third party administrators, and corporations (individually or collectively hereinafter named Releasee) of and from any and all actions, causes of action, claims or demands for damages, costs, loss of use, loss of services, expenses, compensation, consequential damage or any other thing whatsoever on account of, or in any way growing out of, any and all known and unknown personal injuries and death and property damage resulting or to result from an occurrence or accident that happened on or about the 7th day of March, 2023 at or near 491 OKEECHOBEE RD, HIALEAH, FL 33010 (hereinafter the "Accident") giving rise to claimed injuries and damages.

Releasor understands that this settlement is the compromise of a doubtful and disputed claim, and that the payment is not to be construed as an admission of liability on the part of Releasee, who expressly denies liability. Releasor agrees to indemnify Releasee and hold Releasee harmless from and against any and all claims brought against it by, through, or on behalf of Releasor arising out of the circumstances of the Accident, including, without limitation, claims for loss of consortium, claims related to past and/or future medical liens or expenses, any and all claims for property damage, any and all insurance subrogation claims, workers compensation liens, Medicare, Medicare Advantage or Medicaid liens, attorneys liens, and/or other claimed subrogation interests. Releasor further agrees that he/she will satisfy any and all outstanding medical bills, costs or claims arising out of the Accident from the settlement proceeds and agrees to indemnify, defend, and hold harmless Releasee from any and all claims, including but not limited to claims for contribution or indemnity, made against Releasee by any other individual or entity, including but not limited to parties to the immediate action, arising out of the claims that were or could have been asserted in connection with the Accident.

Releasor hereby acknowledges and assumes all risk, chance or hazard that the said injuries or damage may be or become permanent, progressive, greater, or more extensive than is now known, anticipated or expected. No promise or inducement which is not herein expressed has been made to Releasor, and in executing this release I/we do not rely upon any statement or representation made by the Releasee or any agent, physician, attorney, doctor or any other person representing them or any of them, concerning the nature, extent or duration of said injuries or damages or the legal liability therefore.

Releasor hereby declares and expressly warrants that he/she has never been approved for and is not currently a Medicare beneficiary, which fact is a material term of this Release Agreement. Releasor agrees to complete and execute the Affirmation provided with this Release in confirmation that he/she has never been, nor currently is, a Medicare beneficiary. In the event that any of this information is incorrect, Releasor shall be solely liable for any and all actions, penalties, costs, interest, conditional lien payments, or the like resulting from these inaccurate statements, and agrees to indemnify, defend and hold Releasee harmless from any such damages, penalties, fines or interest assessed by Medicare under the Medicare Secondary Payer Act or by any Medicare Advantage or Prescription Drug Plan. If Releasor is a Medicare beneficiary, he/she hereby waives any claims for any damages, including a private cause of action provided by 42 U.S.C. § 1395y(b)(3)(A).

This release contains the ENTIRE AGREEMENT between the parties hereto, and the terms of this release are contractual and not a mere recital. Releasor further states that I/we have carefully read the foregoing release and know the contents thereof, and I/we sign the same as my/our own free act.

For your protection State Law requires the following to appear on this form: "Any person who knowingly presents false or fraudulent claims for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison."

**CAUTION! READ BEFORE SIGNING**

**Claimant/Releasor**

Printed Name: Maria D. Travieso

Address: 1327 W 39 PL

City, State, Zip: Hialeah, Fl. 33012

Releasor(s) Signature: [signed]

**Claimant/Releasor/Witness(s)**

Printed Name: Jesus F. Torres

Address: 1327 W 39 PL

City, State, Zip: Hialeah, Fl. 33012

Releasor/Witness(s) Signature: [signed]

NOTARY ON NEXT PAGE

STATE OF _Florida_

COUNTY OF _Miami-Dade_

I, _Oscar J Trujillo_, a Notary Public of _Miami-Dade_ County, State of _Florida_, do hereby certify that _Maria D. Travieso_ (the "Signatory") personally appeared before me this day and acknowledged the execution of the Settlement and Release of All Claims.

The Signatory acknowledged to me that he/she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated.

Witness my hand and official stamp or seal this _8_ day of _August_, 202_4_

Notary Public:
Print Name: _Oscar J Trujillo_
[Note: Notary Public must sign exactly as name appears on notary seal]

OSCAR J TRUJILLO
Notary Public - State of Florida
Commission # HH 271330
My Comm. Expires Jun 23, 2026
Bonded through National Notary Assn.

Include with release the Affirmation Confirming Medicare status.




## CLOSING SETTLEMENT STATEMENT
### *CONFIDENTIAL AND PRIVILEGED*

**RE:** Maria D Travieso
Matter Number: MAT-23030831505

**DATE OF LOSS:** 03/07/2023

**INCIDENT LOCATION:** FL Florida

**OFFICE:** Miami

| | |
|---|---:|
| **MVA - BI SETTLEMENT FROM Broadspire Services** | $2,500.00 |
| **ATTORNEY'S FEE (33.3333%)** | ($833.33) |
| **BALANCE:** | $1,666.67 |
| **TOTAL REDUCED MEDICAL BILLS:** | $0.00 |
| **TOTAL ADVANCED CASE COSTS:** | $0.00 |

MAT-23030831505

Form 71 rev. 18

**Miami**  6625 Miami Lakes Dr. E., Suite 100, Miami Lakes, FL 33014  Tel: 305.209.0613  Fax: 954.252.3975

**Orlando**  1007 W Emmett Street, Kissimmee, FL 34741  Tel: 407.986.0613  Fax: 954.252.3975

**New York**  535 Fifth Ave., Suite 910, New York, NY 10017  Tel: 305.209.0613  Fax: 954.252.3975



| | |
|---|---|
| **TOTAL NET SETTLEMENT TO CLIENT:** | **$1,666.67** |



SIGNATURE

María D Travieso                                                                                         08/16/2024

PRINT NAME          RELATIONSHIP, if other than self          DATE

\*\*\*The Ward Law Group, P.L. will disburse all provider payments listed on this Closing Statement for the purpose of satisfying all known (listed) medical bills and/or health liens associated with this case. In the event that outstanding accounts or liens are received, or notified of, after the case closing date, and were not listed on this document will no longer be the Firm's responsibility. The Ward Law Group, P.L., as well as all partner attorneys and individual employees, are hereby discharged of any responsibility towards due payments which the Firm was not notified of prior to the case closing date. Client(s) agree(s) and understand(s) that this medical provider list is all inclusive, and to the best of the Firm's knowledge, which was obtained after conducting due diligence research. Any and all outstanding balances not included here will be the client's sole responsibility.

CLIENT INITIAL

\*\*\*La Firma de abogados de Ward Law Group, P.L. emitirá pagos a aquellos proveedores médicos incluidos en el presente Estado de Cuentas con el propósito de satisfacer todas las cuentas por pagar de estos proveedores médicos y/o satisfacer los gravámenes/derechos de subrogación de las aseguradoras medicas devengados en el caso. Aquellos saldos/cuentas pendientes por parte de proveedores médicos o aquellas cantidades por concepto de gravámenes/derechos de subrogación de las aseguradoras medicas que no hayan sido notificados o que sean recibidas en la Firma pasada la fecha del cierre del caso y que no hayan sido incluidos en este Estado de Cuentas no son responsabilidad de la Firma. La Firma de abogados de Ward Law Group, P.L. así como sus socios y empleados están exonerados de toda responsabilidad por aquellas cuentas pendientes que no hayan sido notificadas antes del cierre del caso. El/los clientes(s) reconocen y están de acuerdo que la lista de proveedores médicos en este documento es final e incluye todos aquellos proveedores médicos de los cuales la firma tenía conocimiento después de haber realizado una búsqueda diligente. Todas aquellas cuentas pendientes que no están incluidas en este Estado de Cuenta son la responsabilidad del cliente/los clientes.

ns

MAT-23030831505                                                                                              Form 71 rev. 18

Miami — 6625 Miami Lakes Dr. E., Suite 100, Miami Lakes, FL 33014, Tel: 305.209.0613, Fax: 954.252.3975
Orlando — 1007 W Emmett Street, Kissimmee, FL 34741, Tel: 407.986.0613, Fax: 954.252.3975
New York — 535 Fifth Ave., Suite 910, New York, NY 10017, Tel: 305.209.0613, Fax: 954.252.3975