

**ORDERED in the Southern District of Florida on October 18, 2024.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

In re:  CASE NO.: 23-17248-LMI
**Maria D. Travieso**  CHAPTER 13

           **Debtor./**

### ORDER GRANTING MOTION TO APPROVE PERSONAL INJURY SETTLEMENT AND AUTHORIZE DISBURSEMENT TO TRUSTEE

THIS CAUSE came on to be heard on chapter 13 calendar on October 8, 20204 at 9:00 a.m. upon the Debtor's Motion to Approve Motion to Approve Personal Injury Settlement and Authorize Disbursement to Trustee [DE#52] and based upon the record, it is:

**ORDERED** as follows:

1. The Debtor's Motion to Approve Personal Injury Settlement and Release Funds to Trustee is GRANTED.

2. The proceeds in the amount of $7,864.19 are to be turned over to Nancy K. Neidich, Chapter 13 Trustee.

(###)

Submitted By:
**Law Offices of Patrick L Cordero, Esq.**
Attorney for Debtor(s).
7333 Coral Way
Miami, Florida 33155
Tel: (305) 445-4855
PATRICK L. CORDERO, ESQ.
FL Bar No. 801992

Patrick L. Cordero, Esquire is directed to furnish a conformed copy of this order to all interested parties.